**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| KAREN ELAINE ADAMS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL NO. 2:18-CV-177 |
| | § | |
| CLDN TANKERS PTE LTD, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court is in receipt of Defendant Occidental Chemical Corporation's ("Oxy Chem") Motion to Dismiss under Rule 12(b)(6), Dkt. No. 13; Plaintiffs' Response to Oxy Chem's Motion to Dismiss, Dkt. No. 38; Oxy Chem's Reply in Support of its Motion to Dismiss, Dkt. No. 44; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 51; and Oxy Chem's Objections to the M&R, Dkt. No. 53.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 51. Accordingly, the Court **DENIES** Oxy Chem's Motion to Dismiss, Dkt. No. 13.

SIGNED this 12th day of March, 2019.

_____
Hilda Tagle
Senior United States District Judge